In the United States District Court for the

District of Nevada

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>Mercedes Haefer,<br>Defendant. | Case No. 2:11-mj-66-GWF<br><br>**Order Granting Sealed Motion to Unseal Search Warrant** |

Order

Based on the United States' Sealed Motion to Unseal Search Warrant and Affidavit in Support Thereof, and good cause appearing therefore, it is hereby ORDERED that the motion is GRANTED.

IT IS ORDERED that the following search warrant and affidavit be unsealed.

| **Case No.** | **Caption** |
|---|---|
| 2:11-mj-66-GWF | In the matter of the search of: 2780 EAST FLAMINGO ROAD, APT #126, CITY OF LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA |

Subscribed and sworn to before me this 17 day of August, 2011.

*George Foley Jr.*
United States Magistrate Judge